

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

RUBEN RODRIGUEZ, §      No. 08-17-00177-CR

Appellant, §      Appeal from the

v. §      41st District Court

THE STATE OF TEXAS, §      of El Paso County, Texas

State. §      (TC# 20160D04706)

§

# **O R D E R**

The Court GRANTS Leticia Perez's request for an extension of time within which to file the Reporter's Record until **March 22, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Leticia Perez, Court Reporter for the 41st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before March 22, 2018.

IT IS SO ORDERED this 20th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.